IN THE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Dec. 15, 2014

08-CR-2004-83-1 Court No. 212 District court.
RE: Appellate court cause No. 14-09-00832-CR;
Trial court cause No. 08CR2004
CHERYL RENEE LETT V. STATE OF TEXAS

Dear Abel Acosta, clerk:

On 8-20-2014 respondant.
(Pro-se) received notice that my P.D.R. was refused by the Appeals court. However, I did not receive a copy of disposition, concerning this matter. Does this mean that I may proceed in my 11.07 Habeas corpus now that I no longer have this issue pending in the state courts?

The post card that I received on the above stated did not give any insight on what procedural advances to take next, nor did it include a copy of the disposition concerning cause No. 14-09-00832-CR. If possible, may I have a copy of the proceedings in the matter, on the reason that my P.D.R. was refused by the Appeals court. Have a blessed day!

Sincerly,
Cheryl Lett #1595226

Petitioner: CHERYL RENEE LETT #1595226
Address: 1916 N. Hwy 36 Bypass
Gatesville, Tx. 76596

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk